IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BRUCE VANCE and ROBIN
VANCE, his wife,

      Plaintiffs,

v.                                                   Civil Action No.: 5:18-cv-00785
                                                           Judge Irene C. Berger

WALL STREET SYSTEMS, INC.,
PARK AVENUE INTERMODAL, LLC.,
HAYWOOD FARROW, HRCP II, LLC.,
and MARINE REPAIR SERVICES OF
VIRGINIA, INC.

      Defendants.

## ORDER DISMISSING, WITH PREJUDICE, THE CIVIL ACTION

Come now the Plaintiffs and the Defendants, by their respective counsel, and informed the Court that all matters in controversy between and/or among them have been fully compromised and settled. Therefore, the parties jointly moved the Court to dismiss this case with prejudice.

Whereupon, the Court, after due consideration and having given all parties an opportunity to be heard, and for good cause shown is of the opinion that the motion should be and the same is hereby **GRANTED**. Accordingly, it is hereby **ORDERED** that this civil action, and all causes of action and claims for relief which were, or could have been, set forth in the pleadings that were, or could have been, filed in this civil action, shall be, and are, **DISMISSED WITH PREJUDICE**. It is hereby finally **ORDERED** that the Clerk of the Court shall remove this matter from the docket.

The Clerk of this Court is hereby directed to deliver a certified copy of this Order upon its entry to the undersigned counsel of record in this matter.

ENTER: __August 27__, 2019

>   IRENE C. BERGER
>   UNITED STATES DISTRICT JUDGE
>   SOUTHERN DISTRICT OF WEST VIRGINIA

**PRESENTED BY:**

/s/ Hamilton D. Skeens
Hamilton D. Skeens, Esq. (WVSB #7226)
***Shuman, McCuskey & Slicer, PLLC***
1445 Stewartstown Road, Suite 200
Morgantown, West Virginia 26505
Telephone: 304-291-2702
Facsimile: 304-291-2840

**APPROVED BY:**

/s/ Tony O'Dell
Tony O'Dell, Esq. (WVSB#5770)
Tiano O'Dell, PLLC
P.O. Box 11830
Charleston, WV 25339
***Counsel for Plaintiff***

/s/ Timothy A. Montgomery
Timothy A. Montgomery, Esq. (WVSB#12034)
Pion, Nerone, Girman, Winslow & Smith
1500 One Gateway Center
Pittsburgh, PA 15222
***Counsel for Wall Street Systems, Inc.,
Park Avenue Intermodal, LLC and
Haywood Farrow***

/s/ Clinton W. Verity
Clinton W. Verity (WVSB#13074)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
***Counsel for HRCP II, LLC***